UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
BELARUSSIAN SHIPPING CO.,

       Plaintiff,

    - against -

REPINTER INTERNATIONAL
SHIPPING CO. LTD. and
MIACHART CORPORATION,

       Defendants.
------------------------------------------------------X

07 CV _____
ECF CASE

07 CV 3151
JUDGE SWAIN
APR 19 2007

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:   NONE.

Dated: April 19, 2007
      New York, NY

                                The Plaintiff,
                                BELARUSSIAN SHIPPING CO.,

                                By: _____
                                Patrick F. Lennon (PL 2162)
                                Lauren C. Davies (LD 1980)
                                Thomas L. Tisdale (TT 5263)
                                TISDALE & LENNON, LLC
                                11 West 42nd Street, Suite 900
                                New York, NY 10036
                                (212) 354-0025 (Phone)
                                (212) 869-0067 (Fax)
                                ldavies@tisdale-lennon.com
                                ttisdale@tisdale-lennon.com