11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

# TISDALE
## LAW OFFICES, LLC

*New York, NY · Southport, CT*

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

WWW.TISDALE-LAW.COM

September 18, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 1 9 2007

<u>Via Facsimile 212-805-0426</u>
Hon. Laura T. Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007-1581

    Re:    **Belarussian Shipping Co. v. Repinter International Shipping Co. Ltd.**
            <u>**and Miachart Corporation**</u>
            07 Civ. 3151 (LTS)
            Our Ref: 1671

Honorable Madam:

    We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pretrial conference scheduled for Friday, September 21, 2007 at 2:30 p.m.

    We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On April 19, 2007 an ex parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. The Defendant has not appeared. Moreover, despite daily service of the Writ of Attachment on the garnishee banks, no assets have been restrained.

    As the Defendant has not appeared and no funds have been attached, we respectfully request a sixty (60) day adjournment of the pre-trial conference during which time we will continue to serve the Writ of Attachment in order to secure Plaintiff's claim and obtain jurisdiction over the Defendant. We note that this is our second request for an adjournment in this matter. Our first request, granting an adjournment of the July 19, 2007 conference, was granted by your Honor. Should your Honor have any questions or

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [...] certification to Chambers.

comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for your indulgence in this request.

Respectfully submitted,

*[signature]*

Lauren C. Davies

*The initial pre-trial conference is adjourned to November 30, 2007 at 9:45AM and the related deadlines are modified accordingly.*

SO ORDERED.

*[signature]* 9/18/07

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2