KEANE & MARLOWE, LLP
Attorneys for Defendants
REPINTER INTERNATIONAL SHIPPING CO. LTD.
and MIACHART CORPORATION
197 Route 18 South, Suite 3000
East Brunswick, New Jersey 08816
Tel: (732) 951-8300
Mary Ann C. Marlowe (MM-0723)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BELARUSSIAN SHIPPING CO.

               Plaintiff,

-against-

REPINTER INTERNATIONAL SHIPPING
CO. S.A. and MIACHART CORPORATION
LLC.,

               Defendants.
------------------------------------------------------------x

**07 Civil 3151 (LTS)**

**ECF CASE**

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter our appearance as counsel for Defendants, Repinter International Shipping Co. S.A. and Miachart Corporation LLC. I certify that I am admitted to practice before this Honorable Court.

Dated: East Brunswick, New Jersey
        November 7, 2007

                              KEANE & MARLOWE, LLP
                              Attorneys for Defendants
                              REPINTER INTERNATIONAL SHIPPING CO.
                              S.A. and MIACHART CORPORATION LLC,

By: _____
         Mary Ann C. Marlowe (MM-0723)
         197 Route 18 South - Suite 3000
         East Brunswick, NJ 08816
         Tel: (732) 951-8300
         Fax: (732) 951-2005
         E-mail: mmarlowe@keaneandmarlowe.com

TO:   CLERK OF THE COURT

      LENNON, MURPHY & LENNON
      Attn: Lauren Davies, Esq.
      Attorneys for Plaintiff
      Belarussian Shipping. Co.