

11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

# TISDALE
## LAW OFFICES,

*New York, NY · Southport, CT*

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

WWW.TISDALE-LAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

NOV 29 2007

November 28, 2007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel or unrepresented parties and filing a certificate of service within 5 days from the date hereof. Do such certification to Chambers.

<u>Via Facsimile 212-805-0426</u>
Hon. Laura T. Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007-1581

Re:  Belarussian Shipping Co. v. Repinter Int'l Shipping Co. Ltd. et. al.
     07 Civ. 3151 (LTS)
     Our Ref: 1671

Honorable Madam:

We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pretrial conference scheduled for Monday, December 3, 2007 at 10:30 a.m.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On April 19, 2007 an ex parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. The Defendant has appeared and consents to the adjournment of this conference. No assets of the Defendant have been attached pursuant to the ex parte order in this matter. Further, the parties have entered into settlement negotiations and, as such, the Plaintiff agreed to cease & desist service of the ex parte order. As such, the attachment is not currently being served. Should the on-going settlement negotiations fall through, Plaintiff will re-commence service of the ex parte order and writ of attachment.

Given all of the foregoing, we respectfully request a sixty (60) day adjournment of the pre-trial conference during which time we will work with the Defendants to settle this matter and, failing same, continue serving the ex parte order and writ of attachment. We note that this is our third request for an adjournment in this matter. Our first request, granting an adjournment of the July 19, 2007 conference, was granted by your Honor. Similarly, our second request for an adjournment of the September 21, 2007 conference was granted.

Copies ~~mailed~~ faxed to P/A Atty
Chambers of Judge Swain    11-29-07

We thank your Honor for your indulgence in this request.

Respectfully submitted,

*[signature]*

Lauren C. Davies

cc:  <u>Via Facsimile (732) 951-2005</u>
Mary Ann Marlowe, Esq.
Keane and Marlowe, LLP
197 Route 18 So. Suite 3000
East Brunswick, NJ 08816

The conference is adjourned to February 8, 2008, at 10:15AM.

SO ORDERED.

*[signature]* 11/29/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2