11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

# TISDALE
## LAW OFFICES, LLC

*New York, NY - Southport, CT*

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 5 2008
```

February 5, 2008

**Via Facsimile 212-805-0426**
Hon. Laura T. Swain
United States District Judge
Daniel Patrick Moynihan United States Cou[rt]
500 Pearl Street, Room 755
New York, New York 10007-1581

**MEMORANDUM ENDORSED**
The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

Re:   Belarussian Shipping Co. v. Repinter Int'l Shipping Co. Ltd. et. al.
      07 Civ. 3151 (LTS)
      Our Ref: 1671

Honorable Madam:

    We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pretrial conference scheduled for Friday, February 8, 2008.

    We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On April 19, 2007 an ex parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. The Defendant has appeared and consents to the adjournment of this conference. No assets of the Defendant have been attached pursuant to the ex parte order in this matter. Further, the parties have entered into settlement negotiations and, as such, the Plaintiff agreed to cease & desist service of the ex parte order. As such, the attachment is not currently being served. Should the on-going settlement negotiations fall through, Plaintiff will re-commence service of the ex parte order and writ of attachment.

    Given all of the foregoing, we respectfully request a sixty (60) day adjournment of the pre-trial conference during which time we will work with the Defendants to settle this matter and, failing same, continue serving the ex parte order and writ of attachment. We note that this is our fourth request for an adjournment in this matter. Our first request for an adjournment of the July 19, 2007 conference was granted by your Honor. Similarly, our second and third adjournment requests were granted.

We thank your Honor for your indulgence in this request.

Respectfully submitted,

*[signature]*

Lauren C. Davies

cc:   <u>Via Facsimile (732) 951-2005</u>
      Mary Ann Marlowe, Esq.
      Keane and Marlowe, LLP
      197 Route 18 So. Suite 3000
      East Brunswick, NJ 08816

The conference is adjourned to April 4, 2008, at 3:30 pm.

SO ORDERED.

*[signature]* 2/5/2008

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2