```
                                    USDC SDNY
                                    DOCUMENT
                                    ELECTRONICALLY FILED
                                    DOC #: _____
                                    DATE FILED  JUN 2 3 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
BELARUSSIAN SHIPPING CO.,

        Plaintiff,

- against -

REPINTER INTERNATIONAL
SHIPPING CO. LTD. and
MIACHART CORPORATION,

        Defendants.
---------------------------------------------------------X

07 Civ. 3151 (LTS)
ECF CASE

## STIPULATION AND ORDER OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED between the parties, by their undersigned attorneys, that:

1. Upon endorsement of this Stipulated Order, this court's Ex Parte Order of maritime attachment and garnishment is hereby vacated,

2. Upon endorsement of this Stipulated Order, any and all garnishees holding property belonging to the Defendants named in this action shall immediately release from attachment property belonging to the Defendants restrained pursuant to this court's Ex Parte Order for maritime attachment and garnishment, and

3.  This action is hereby dismissed without prejudice and without costs to any party.

Dated: June 18, 2008
New York, NY

The Plaintiff,
BELARUSSIAN SHIPPING CO.

By: _____
Lauren C. Davies (LD1980)
Thomas L. Tisdale (TT5263)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
ldavies@tisdale-law.com
ttisdale@tisdale-law.com

The Defendant,
REPINTER INTERNATIONAL SHIPPING
and MIACHART CORPORATION

By: _____
Mary Ann C. Marlowe (MM0723)
KEANE AND MARLOWE, LLP
197 Route 18 South, Suite 3000
East Brunswick, New Jersey 08816
(732) 951-8300 - phone
(732) 951-2005 - fax
mmarlowe@keaneandmarlowe.com

The Clerk of Court is requested to close this case.

SO ORDERED,

_____ 6/23/2008
The Honorable Laura T. Swain, U.S.D.J.